**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7508**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TIMOTHY JAY BLACKWELL,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Charles E. Simons, Jr., Senior District Judge.  (CR-90-319)

───────────

Submitted:  May 18, 1999               Decided:  June 7, 1999

───────────

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Steven A. Bernholz, BERNHOLZ LAW FIRM, Chapel Hill, North Carolina, for Appellant.  J. Rene Josey, United States Attorney, Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Jay Blackwell appeals the district court's order denying his motion to correct an alleged clerical mistake in his judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Blackwell</u>, No. CR-90-319 (D.S.C. Oct. 2, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>